UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAVE HOTEL INVESTORS LLC, d/b/a THE MAVE HOTEL,

            Plaintiff,

-against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, and HDI GLOBAL SPECIALTY SE, individually and severally subscribed to Commercial Property Insurance Policy No. DCESP01372-02,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/16/2022_

21 Civ. 8743 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated May 13, 2022. ECF No. 38. Accordingly, the case management conference scheduled for May 17, 2022, is ADJOURNED to **July 13, 2022, at 10:00 a.m.** The parties shall inform the Court when paper discovery has concluded, so that the Court may refer this matter for a settlement conference before the Honorable James L. Cott. Any requests for extension of discovery deadlines shall comply with Rule I.C. of the Court's Individual Practices in Civil Cases.

    Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 17 ¶ 16. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

    SO ORDERED.

Dated: May 16, 2022
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge