```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/29/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAVE HOTEL INVESTORS LLC, d/b/a THE MAVE HOTEL,

            Plaintiff,

-against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, and HDI GLOBAL SPECIALTY SE, individually and severally subscribed to Commercial Property Insurance Policy No. DCESP01372-02,

            Defendants.

21 Civ. 8743 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 68, of the Honorable James L. Cott, the Court reviewed the R&R for clear error and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, the U.S. Bank National Association's motion to intervene in this case is GRANTED.

    The Clerk of Court is directed to terminate the motion at ECF No. 29.

    SO ORDERED.

Dated: September 29, 2022
       New York, New York

                                  ANALISA TORRES
                               United States District Judge