```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MAVE HOTEL INVESTORS LLC,<br><br>      Plaintiff,<br><br>    -v-<br><br>CERTAIN UNDERWRITERS AT<br>LLOYDS LONDON, et al.,<br><br>      Defendants. | 21-cv-08743 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Following consideration of the parties' written submissions and oral argument held on 1/30/23, the Court hereby denies defendants' motion for summary judgment as to plaintiff's claims for declaratory judgment and breach of the parties' insurance contract. The Court grants defendants' motion insofar as defendants seek to strike plaintiff's claims for consequential or punitive damages. An opinion explaining the reasoning for this order will issue in due course. The Clerk is directed to close defendants' motion to dismiss (Dkt. 98) on the docket.

The parties should confer on trial dates and the expected length of trial and call chambers by no later than 5:00 PM on 2/22/23 to set a trial date.

SO ORDERED.

New York, NY
February 17, 2023

                                                                                                     _____
                                                                                          JED S. RAKOFF, U.S.D.J.