UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVE HOTEL INVESTORS LLC, d/b/a THE MAVE HOTEL,<br><br>                              Plaintiff,<br><br>             -against-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, et al.,<br><br>                              Defendants. | 21-CV-8743 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. All prior orders, dates and deadlines are adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at <u>https://nysd.uscourts.gov/hon-jessica-g-l-clarke</u>**.

      It is hereby ORDERED that counsel for all parties appear for a conference with the Court on **August 8, 2023** at **12:00 p.m.** The conference will be held in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Additionally, no later than **one week before the status conference**, the parties are hereby ORDERED to file on ECF a joint letter, described below, updating the Court on the status of the case. The joint letter shall not exceed five pages, and shall provide the following information in separate paragraphs:

1. Names of counsel and current contact information, if different from the information currently reflected on the docket;

2. A brief statement of the nature of the case and/or the principal defenses thereto, and the major legal and factual issues that are most important to resolving the case;

3. A statement of all existing deadlines, due dates and/or cut-off dates;

4. A statement of any previously scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed;

5. A brief description of any outstanding motions, including the date of the motion and the nature of the relief sought;

6. A statement and description of any pending appeals;

7. A detailed statement of any discovery that has already taken place, including how many depositions each party has taken;

8. A brief description of the status of prior settlement discussions, without disclosing exact offers and demands;

9. A statement of whether the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate;

10. An estimate of the length of trial; and

11. A list of proposed dates for trial for September, October and/or November of 2023.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension or adjournment; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent; and (6) to the extent applicable, the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that a conference has been adjourned, it will be held as scheduled.

Dated: July 11, 2023
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge