USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/17/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAVE HOTEL INVESTORS LLC,

                          Plaintiff,

              -v-

CERTAIN UNDERWRITERS AT LLOYDS LONDON, *et al.*,

                         Defendants.
-----------------------------------------------------------------X

**ORDER**

21-CV-8743 (JGLC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the letter to Judge Clarke reporting that the parties would like to participate in a settlement conference with the undersigned, and given that the Court has previously been referred this case for general pretrial supervision, including settlement (Dkt. No. 56), the parties are directed to contact the Court within 30 days to schedule a settlement conference.

The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties or by e-mailing my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.  The parties must also indicate

whether they prefer that the conference be held via video conference or in-person.

**SO ORDERED.**

Dated: August 17, 2023
     New York, New York

_____
JAMES L. COTT
United States Magistrate Judge