UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAVE HOTEL INVESTORS LLC d/b/a THE MAVE HOTEL,

                Plaintiff,

-and-

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF COMM 2013-CCRE12 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, by and through its special servicer, LNR PARTNERS, LLC,

              -against-

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, and HDI GLOBAL SPECIALTY SE, individually and severally subscribed to Commercial Property Insurance Policy No. DCESP01372-02,

                Defendants.

21-CV-8743 (JGLC)

**ORDER**

---

**JESSICA G. L. CLARKE, United States District Judge:**

      As discussed during today's conference, and in light of the Court's potential lack of subject matter jurisdiction over this case, the trial scheduled to commence on January 29, 2024 is hereby ADJOURNED *sine die*. The final pretrial conference scheduled for January 22, 2024 is also ADJOURNED *sine die*. The parties are ORDERED to file a joint letter by January 22, 2024 containing a detailed explanation of whether the Court has subject matter jurisdiction over this case.

Dated:  January 16, 2024
          New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        JESSICA G. L. CLARKE
                                        United States District Judge