```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAVE HOTEL INVESTORS LLC,

                Plaintiff,

      -v-

CERTAIN UNDERWRITERS AT LLOYDS LONDON, *et al.*,

                Defendants.

**ORDER**

21-CV-8743 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated June 8, 2022, this case was referred to Judge Cott for general pretrial and settlement. On August 28, 2024, this case was reassigned to me. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 14, 2024
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1