UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVE HOTEL INVESTORS LLC, d/b/a THE MAVE HOTEL,<br><br>       Plaintiff,<br><br>  -against-<br><br>HDI GLOBAL SPECIALTY SE, et al.,<br><br>       Defendants.<br>-------------------------------------------------------------x<br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION (AS SUCCESSOR-IN-INTERESTTO U.S. BANK NATIONAL ASSOCIATION), AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2013-CCRE12 MORTGAGE TRUSTCOMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, BY AND THROUGH ITS SPECIAL SERVICER, LNR PARTNERS, LLC,<br><br>       Plaintiff-Intervenor,<br><br>  -against-<br><br>HDI GLOBAL SPECIALTY SE, et al.,<br><br>       Defendants. | 21-CV-8743 (JGLC)<br><br>**<u>ORDER OF DISMISSAL</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court has been advised that all claims asserted herein have been settled in principle. In particular, the Court understands that pursuant to the parties' settlement, MAve's counterclaims against U.S. Bank are to be dismissed without prejudice, while all other claims are to be dismissed with prejudice. As such, it is ORDERED that the above-entitled action be and is hereby DISMISSED consistent with the parties' agreement and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **<u>by the aforementioned deadline</u>**; any application to reopen filed thereafter may be denied solely on that basis.

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: November 27, 2024
       New York, New York

                                            SO ORDERED.

                                            JESSICA G. L. CLARKE
                                            United States District Judge