UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAVE HOTEL INVESTORS LLC, d/b/a THE
MAVE HOTEL,

                        Plaintiff,

           -against-

CERTAIN UNDERWRITERS AT
LLOYD'S,LONDON, and HDI GLOBAL
SPECIALTYSE, individually and severally
subscribed to Commercial Property Insurance
Policy No.DCESP01372-02,

                        Defendants.

21-CV-8743 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On December 17, 2024, the Court issued an Opinion and Order which directed Plaintiff to compensate non-party U.S. Forensic Associates ("USFA") at a rate of $395 per hour for all time spent preparing for and providing testimony in this matter. ECF No. 255 ("Order"). Plaintiff filed a motion for reconsideration on December 31, 2024. ECF No. 258. USFA filed its opposition on January 13, 2025. ECF No. 260. On January 16, 2025, a notice of appeal was filed regarding the Order. ECF No. 261. Plaintiff filed its reply on January 21, 2025. ECF No. 262.

Plaintiff fails to meet the strict standard for reconsideration. Plaintiff points to no "controlling decisions or data that the court overlooked[.]" *Shrader v. CSX Transp. Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). Instead, Plaintiff seeks to relitigate old issues the Court already decided. *Id.* As such, and for the reasons set forth in the Order, the Motion for Reconsideration is DENIED. The Clerk of Court is directed to terminate ECF No. 258.

Dated: January 22, 2025
      New York, New York

                                          SO ORDERED.

                                       *Jessica Clarke*

                                       JESSICA G. L. CLARKE
                                       United States District Judge