UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAVE HOTEL INVESTORS LLC *d/b/a* THE MAVE HOTEL,<br><br>                              Plaintiff,<br><br>-against-<br><br>HDI GLOBAL SPECIALTY SE, et al.,<br><br>                              Defendant. | 21-CV-8743(JGLC)<br><br>**<u>ORDER</u>** |
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION (AS SUCCESSOR-ININTEREST TO U.S. BANK NATIONAL ASSOCIATION), AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2013- CCRE12 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, BY AND THROUGH ITS SPECIAL SERVICER, LNR PARTNERS, LLC**,**<br><br>                              Plaintiff-Intervenor,<br><br>-against-<br><br>HDI GLOBAL SPECIALTY SE, et al.<br><br>                              Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

The Court is in receipt of the parties' proposed stipulation and order of dismissal filed at ECF No. 266. The proposed stipulation and order states that "this Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement and Mutual Release." As the Court's Individual Rule 6a clearly states, the Court will not retain jurisdiction to enforce confidential settlement agreements. The parties are directed to either file the Settlement Agreement and Mutual Release on the docket, or to refile the proposed stipulation and order

omitting the Court's retention of jurisdiction to enforce the Confidential Settlement Agreement and Mutual Release.

Dated: February 24, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge